IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 06-1819-TUC-RCC(BPV) |
| Plaintiff,  ) | **ORDER** |
| vs.  ) | |
| JOSE SAMANIEGO, ) PATRICK ANTHONY WALKER,  ) | |
| Defendants.  ) | |

The Court has reviewed the Magistrate Judge's Report and Recommendation, the Government's Objections and the Defendants' Joint Response thereto, the initial pleadings in the case and the record, and after having done so,

The Court **ADOPTS** the Report and Recommendation of the Magistrate Judge (#88).

**IT IS ORDERED GRANTING** Defendants' Motions to Suppress (#65 & #66).

DATED this 17th day of January, 2008.

_____
Raner C. Collins
United States District Judge